IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KAREN MISKO, | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | Case No. 4:14cv613 |
| | § | |
| BANKERS STANDARD INSURANCE | § | |
| COMPANY, | § | |
|     Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii), Plaintiff, Karen Misko files this Stipulation of Dismissal *with prejudice* of all causes of actions brought by her against Bankers Standard Insurance Company the other in the above styled and numbered case.

    Respectfully submitted,

/s/ Bobby M. Rubarts
Bobby M. Rubarts (Lead Attorney)
State Bar No. 17360330
bobby.rubarts@koningrubarts.com
KONING RUBARTS
1700 Pacific Avenue, Suite 4500
Dallas, Texas 75201

**ATTORNEYS FOR PLAINTIFF**

AGREED AS TO FORM AND CONTENT:

/s/ *Alicia G. Curran*
Alicia G. Curran (Lead Attorney)
State Bar No. 12587500
Southern Admission No. 19226
acurran@cozen.com
COZEN O'CONNOR
1717 Main Street, Suite 3400
Dallas, Texas 75201-7335

**ATTORNEYS FOR DEFENDANT**

Stipulation of Dismissal With Prejudice – Page 1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 31, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record by electronic means.

                                  /s/ Bobby M. Rubarts